# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MARSHALL ALSBORG,<br><br>Petitioner,<br><br>v.<br><br>JAMES A. YATES, Warden, et al.,<br><br>Respondent. | No. CV 07-5144-DSF (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: 1/9/12

_____
DALE S. FISCHER
United States District Judge